# United States District Court

for the

## Western District Of Tennessee

FILED BY _____ D.C.

05 NOV -7 PM 1:32

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kedrick J Kinchelow               Case Number: 2:97CR20136-002

Name of Sentencing Judicial Officer: The Honorable Jerome Turner

Date of Original Sentence: 4/3/1998                 Type of Supervision: Supervised Release

Original Offense: Conspiracy to Possess with Intent to Distribute Cocaine Base; Possession with Intent to Distribute Cocaine Base    Date Supervision Commenced: 10/21/2005

Original Sentence: Prison - 108 Months; TSR - 60 Months    Date Supervision Expires: 10/20/2010

## PETITIONING THE COURT

For modification of the Conditions of Supervised Release, to include the following additional condition:

The defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer.

Respectfully submitted,

by *Bobby E. Appleton*

Bobby E. Appleton
U.S. Probation Officer
Date: November 1, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-7-05

118

Prob 12B
Re: Kinchelow, Kedrick J
November 1, 2005
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2 November 2005
Date

# United States District Court

<u>     Western     </u>  **District**  <u>     Tennessee     </u>

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

ADDITIONAL SPECIAL CONDITION:

The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the U.S. Probation Office.

Witness _____*Bobby E. Appleton*_____          Signed _____*[signature]*_____
            U.S. Probation Officer                                      Probationer or Supervised Releasee

                              _____10-31-05_____
                                  Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 2:97-CR-20136 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT